# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

| | |
|---|---|
| **In the matter of the Search of**<br>(Name, address or brief description of person, property or premises to be searched)<br>203 Waldon Street, Dozier, AL 36028,<br>Better Described as a Single Story Family Dwelling with Light Green Siding and Dark Green Shutters, with a Storage Building Located in the Back Yard | **APPLICATION AND AFFIDAVIT<br>FOR SEARCH WARRANT**<br><br>CASE NUMBER: 2:06mj127-DRB |

I ___Margaret Faulkner___ being duly sworn depose and say:

I am a(n) ___Federal Bureau of Investigation Special Agent___ and have reason to believe that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)

**203 Waldon Street, Dozier, AL 36028,
Better Described as a Single Story Family Dwelling with Light Green Siding
and Dark Green Shutters, with a Storage Building Located in the Back Yard**

in the _____Middle_____ District of _____Alabama_____ there is now concealed a certain person or property, namely (describe the person or property to be seized)

**See Attachment A**

which is (state one or more bases for search set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

**property that constitutes evidence of the commission of a criminal offense**

concerning a violation of Title __18__ United States Code, Section(s) __2252.__

The facts to support the issuance of a Search Warrant are as follows:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_Margaret Faulkner_ (signature)
Signature of Affiant

Sworn to before me and subscribed in my presence,

November 2, 2006                              at  Montgomery, Alabama
Date                                                          City and State

Delores R. Boyd, U.S. Magistrate Judge       _(signature)_
Name and Title of Judicial Officer                  Signature of Judicial Officer

AFFIDAVIT

I, Margaret L. Faulkner, do depose and state the following:

(1). I am a Special Agent with the FBI and have been so employed for the past 18 1/2 years. Prior to my employment with the FBI, I was employed with the Montgomery Police Department for 10 1/2 years. While employed with the Montgomery Police Department I investigated child sex crimes as part of my investigative responsibilities for 5 of the 10 1/2 years. Presently, I am the Crimes Against Children Coordinator for the Middle District of Alabama, and have attended numerous FBI schools dealing with Child Sex Crimes to include schools educating investigators on Child Pornography on the Internet.

(2). This affidavit is being made in support of a search warrant for the residence of 203 Waldon (Walden) Street, Dozier, Alabama, 36028. The information contained in my search warrant is based upon my own investigation and experience, as well as information provided by other law enforcement officials involved in this investigation.

(3). This investigation arose from evidence gathered during a major criminal investigation, known as Operation Site-Key, conducted by the Dallas Division of the Federal Bureau of Investigation in coordination with the Dallas Internet Crimes Against Children (ICAC) Task Force and the United States Attorney's Office for the Northern District of Texas. Because this affidavit is being submitted for the purpose of securing a search warrant, it does not contain all information from the investigation, but only those facts deemed necessary to establish probable cause for the requested search warrant.

(4). I have probable cause to believe that evidence in violations of Title 18, United States Code, Section 2252 (Certain activities relating to material involving the sexual exploitation of minors and 2252A (Certain activities relating to material constituting or containing child pornography), instrumentalities of such violations, and any fruits of the crime can be located at 203 Waldon Street, Dozier, Alabama, 36028.

(5). Title 18, United States Code, Section 2252(a)(1)(A)(B) provides, in pertinent part that: Any Person who knowingly transports or ships in interstate or foreign commerce by any means including by computer or mails, any visual depiction, if the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct; and such visual depictions is of such conduct...shall be fined under this title and imprisoned not less than five years and not more than 20 years, but if such person has a prior conviction under this chapter or under the law of any state relating to aggravated sexual abuse, sexual abuse, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, such person shall be fined

under this title and imprisoned not less than fifteen years nor more than forty years.

(6). Title 18, United States Code, Section 2252A(a)(1) provides, in pertinent part that any person who knowingly mails, or transports or ships in interstate of foreign commerce by any means, including computer, any child pornography, shall be fine under this title and imprisoned not less than five years and not more than 20 years, but if such a person has a prior conviction under this chapter, or under the laws of any State relating to aggravated sexual abuse, sexual abuse or the production, possession, receipt, mailing, sale, distribution, shipment, sexual abuse, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, such person shall be fined under this title and imprisoned not less than fifteen years nor more than forty years.

### THE FOLLOWING DEFINITION ARE PERTINENT TO THIS INVESTIGATION

(7). CHILD PORNOGRAPHY: as used in this affidavit, includes the definitions in Title 18, USC Sec 2256 as well as any visual depiction, the production of which involves the use of a minor engaged in sexually explicit conduct as defined in Title 18, USC Sec 2252.

(8). CHILD EROTIC: is any material, relating to children, that is sexually arousing to a given individual, but that is not, in and of itself, obscene or illegal. Some of the more common types of child erotica include drawings, fantasy writing, diaries, and pictures of children that are not sexually explicit.

(9). The term "COMPUTER" as used in this affidavit is defined pursuant to Title 18, USC Sec 1030(e)(1) as an electronic magnetic, optical, electrochemical or other high speed data processing devise performing logical or storage functions and includes any data storage facility or communication facility directly related to , or operating in conjunction with such devices.

(10). National Center for Missing and Exploited Children (NCMEC) is a national clearing house that gathers information about missing and exploited children for law enforcement use.

(11). CYBER TIP is a complaint/report dealing with child exploitation matters that can be filed over the internet by ISPs and/or individual persons. The NCMEC receives these Cyber Tip reports.

(12). The internet is a collection of computers and computer networks which are connected to one another via high-speed data links and telephone lines for the purpose of sharing information. Connections between internet

computers exist across state and international borders and information sent between computers connected to the internet may cross state and international borders, even if those computers are located in the same state.

(13). An Internet Service Provider (ISP) is a commercial service that provides internet connections for its subscribes. In addition to providing access to the internet via telephone or other telecommunications lines, ISPs may also provide internet email accounts and other services unique to each particular ISP.

(14). Computers connected to the internet are identified by addresses, Internet addresses are unique and can be resolved to identify a physical location and specific computer connection. Internet address take on several forms, including Internet Protocol (IP) addresses, Uniform Resource Locator (URL) addresses, and domain addresses. A domain address of mymachine@mydomain.com defines a computer called "mymachine" within the "mydomain.com" internet domain.

(15). The Internet Protocol (IP) address is a unique numeric address used by computers on the internet. An IP address is a series of four numbers, separated by periods (e.g., 123.45.67.890). Every computer attached to the internet must be assigned a unique IP address so that internet traffic sent from and directed to that computer may be directed Properly from its source to it destination.

(16). MODEMS permit a connection to the internet over the same lines used for telephone or cable service. The modem allows a user to physically dial into his or her ISP from any location with a telephone line or in the case of a cable modem, provides an "always on" connection through the subscribers cable service.

(17). Computer hardware consists of all equipment which can collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, optical, or similar computer data. Hardware includes, but is not limited to, any data processing service (such as central processing units (CPUs), self-contained "laptop" or "notebook" computer, internal and peripheral storage devices (such as fixed disk, external hard disk, floppy disk drives and diskettes, tape drives and tapes, optical storage devices, and other memory storage devices); peripheral input/output devices (such as keyboards, printers, scanners, plotters, and video display monitors); and related communications devices (such as modems, cables and connections, recording equipment, and RAM and ROM units); as well as devices, mechanisms, or parts that can be used to restrict access to computer hardware (such as physical keys and locks).

(18). Computer software is digital information which can be interpreted by a computer and any of its related components to direct the way they work. Software is stored in electronic, magnetic, optical, or other digital form, it

commonly includes programs to run operating systems, applications (like work-processing, graphics, or spreadsheets programs), utilities, compilers, interpreters, and communications programs.

(19). Computer passwords and other data security devices are designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code. A password usually operates as soft of a digital key to "unlock" particular data security devices. Data security hardware may include encryption devices, chips, and circuit boards. Data security software or digital code may encrypt, compress, hide, or protect data to make it inaccessible or unusable.

(20). Electronic mail or email is a system for sending and receiving messages electronically over a computer network, as between personal computers.

(21). Uniform Resource Locator (URL), specifies the location of, and is the address of, a file accessible on the internet. For example, the URL of the FBI website is http://www.fbi.gov.

(22). "Trap and Trace device" means a device or process which captures the incoming electronic or other impulses which identify the originating number or other dialing, routing, addressing, and signaling information reasonably likely to identify the source of a wire or electronic communication, provided, however, that such information shall not include the contents of any communication.

(23). World Wide Web is a system of Internet servers that support specially formatted documents. The documents are formatted in a language called HTML (Hyper Text Markup Language) that supports links to other documents, as well as graphics, Audio, sounds and video files.

(24). Web Sites are Internet sites that all use the techniques and HTML tags to create multimedia documents with Hypertext links. Each web page can contain many screens or printed pages of text, graphics, audio, sound and video and the starting point for any web site is called its home page.

(25). Network Port is a special number, ranging from 0-65535, recognized by TCP and UDP protocols. These protocols use the ports to map incoming data to a particular process running on a computer. A port may send or receive data one direction at a time or simultaneously in both directions. Software network port may also content internal programs on a single computer system. The Internet Assigned Number Authority is responsible for assigning TCP and UDP port numbers to specific uses.

## NATIONAL INVESTIGATION BACKGROUND

(26). This application for search warrant arises out of a national federal investigation into an online credit card verification service that processed credit cards for a number of child pornography websites. Between April and June, 2001, Detective Steve A. Nelson, Dallas Police Department, used an undercover credit card to purchase memberships to various child pornography websites which utilized the credit card verification service identified as Site Key. Detective Nelson verified that several of the websites contained images of minors engaged in sexually explicit conduct. In February, 2002, a search warrant was issued by a federal magistrate in Dallas, Texas for the credit card verification company, Site Key, located in Santa Clara, California. The execution of the search warrant resulted in the seizure of a database of customers who utilized this online credit card verification service to gain access to child pornography.

(27). To gain access to the child pornography images within a website, the customer would be routed, via a hyperlink, to the credit card verification service, where the customer would enter personal information and a credit card number. After the credit card was verified, the customer was then provided, via e-mail, with membership account information, such as a login name and password, which could then be used to access the images contained within the website. Sometimes, the customer was allowed to access a website for a short period of time (up to one hour) while the credit card was being verified, even if the credit card was later declined. The membership to these websites would typically expire after a specified period of days and would have to be renewed by the customer through the validation service for continued access.

(28). Records from the credit card verification service, seized pursuant to the search warrant, included account information on numerous individuals who purchased memberships to various child pornography websites, including e-mail addresses, mailing addresses, IP addresses, user names/password, and credit card numbers;

(29). Steve Wiederrich, a Senior consultant with Microsoft Consulting Services, has analyzed the seized records and determined that the verification service appears to have checked to ensure that the name and address given by the customer matched the name and billing address of the credit card user;

(30). Investigation at Dallas regarding the credit cards used to access child pornography regularly show purchase from multiple credit card verification services. Specifically, if the credit cards show a purchase at Staff Limited or a variation of Staff, the service is Site Key and the purchase is most likely pornography.

(31). Detective Nelson, through the Dallas Division of the FBI, provided the above described account information on several individuals located within the State of Alabama, who used the site key credit card verification service to access child pornography websites.

## LOCAL INVESTIGATION

(32). In October 2002, the Dallas Division of the FBI provided the Mobile Division of the FBI a list of individuals located in the Southern and Middle Districts of Alabama who gained access or attempted to gain access, via Site-Key, to websites containing sexually explicit images of children. In addition, images that the Dallas Division of the FBI considered to be child pornography were download and forwarded to the Mobile Division of the FBI. These images were obtained from 13 child pornography websites that were accessed during an undercover operations.

According to the Site-Key customer database seized during the execution of a federal search warrant at Silicon Valley Web Hosting, JOSEPH BRYON WALDEN, accessed or attempted to access three internet sites using the login name of jbgood and making payment with a VISA credit card, account number: 4366163050846134, these sites were found to contain images of children less then 18 years of age posed in sexually explicit poses. On May 2, 2001, WALDEN accessed the website identified as Lolitas Life, URL: http://www.ruslotlitassex.com, IP address 208.166.23.235. There were two websites within URL ruslotlitassex.com. They were identified as OnBoys.com and Russian Teen Sex.com. OnBoy.com sites contain 13 images of sexually explicit poses of boys believed to be between the ages of 8 to 10 years old. The site also advertised that they have over 8000 photo's and videos of young boys. Membership cost for (1) one month is $39.95 and for (2) months is $59.95. Russian Teen Sex.com advertised teen hardcore sex, masturbation, banned content, movies and public nudity. First page of the advertisement has four nude females between the ages of ten and fourteen performing oral sex and three nude females posing in sexual explicit posed. The second pages also has four nude females between the ages of 10 to 14 years old performing oral sex.

On May 10, 2001, WALDEN accessed the website identified as Preteen Heaven, URL: http://www.daily-lolita.com, IP address 208.162.62.179. This site is also Known as Young Beauties and they advertised that they have over 25,000 photo's and 100 's of videos of young children with daily updates. The front page also has a single female between the ages of 5 to 8 years old in a bikini.

On June 8, 2001, WADLEN accessed the website identified as Studio 13's Eternal Nymphets, URL: http://www.eternal-nymphts.org, IP address 208.162.62.65. There were two sites within Studio 13's URL identified as

EternalNymphts.com and Studio 13 Arts. First page of EternalNymphets contains 8 images of nude females between the ages of ten to sixteen years old in sexually explicit poses. The next three pages are galleries containing a total of 16 images of nude females between the ages of ten to sixteen years old in sexually explicit poses. The next page is the membership page and the cost to join for (1) month is $39.95 and for (2) two months is $59.95.

Studio 13 Arts contains 18 images of young girls between the ages of 8 to 16 years old. These girls are clothed and the advertisement is requesting donations via PayPal to help them restart their website.

Although Walden's credit card was declined, Detective Steve Nelson advised users could have access up to one hour prior to the credit card being declined.

(33). On July 02, 2003, a Federal Grand Jury subpoena was issued by the United States District Court, Middle District of Alabama, Montgomery, Alabama for AlaWeb Internet Service, 105 South Cotton Street, Andalusia, 36420 to obtained the contents of Electronic information maintained on behalf of the account holder utilizing the user name and/or screen name of jbgood@alaweb.com, and/or to whoever utilized the following IP address, on specified date and time.

1. 208.166.23.235, May 2, 2001
2. 208.162.62.179, May 10, 2001
3. 208.162.62.65, June 8, 2001

(34). On July 10, 2003, AlaWeb Internet Service provided the following information for the account belonging to the user name and screen name of jbgood@alaweb.com. According to their records the accounts belongs to JOSEPH BYRON WALDEN, P.O.Box 177, Dozier, Alabama 36028, telephone number: 334-496-3652, account number 4-4602540, dated: November 5, 1999. AlaWeb records also indicated that WALDEN did log onto the internet using the following IP addresses:

208.166.23.235, on May 2, 2001, 208.162.62.179, on May 10, 2001 and 208.162.62.65, on June 8, 2001.

(35). On September 27, 2005, a Federal Subpoena was issued to the First USA/BankOne, 800 Brooksedge Blvd, 1st. Floor, Westerville, Ohio, 43018 for any and All information on JOSEPH BYRON WALDEN, DOB: November 6, 1961, SSAN: 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, to include information on account number 4366-1630-5084-6134 from July 2003 to the present date.

(36). On December 21, 2005, First USA/BankOne, provided the following information belonging to JOSEPH BYRON WALDEN, visa account numbers: 4366-

1630-5084-6134. They advised that there was no available statement for that account, however on WALDEN's current visa account number: 4366-1630-5961-1166, it revealed that between January 2005 to August 2005, WALDEN had made thirteen purchases from countries such as Russia, Thailand, Germany and Cyprus who are known producers and distributors of commercial child pornography.

(37).   On February 23, 2006, the postmaster from the Dozier, Alabama post office was contacted and he advised that JOSEPH BYRON WALDEN, Date of Birth, November 6, 1961, Social Security Account 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, is currently maintaining a P. O. Box at the Post Office with the address of P.O. Box 177, Dozier, Alabama, 36028 and that he is also receiving mail at 203 Waldon Street, Dozier, Alabama, 36028

(38).   On February 23, 2006, JOSEPH BYRON WALDEN telephone number, 334-496-3652 was entered into the Accurint law enforcement and superpages.com search database. Results from that search indicated that JOSEPH BYRON WALDEN was currently living at 203 Waldon Street, Dozier, Alabama, 36028.

(39).   An Alabama Drivers License search identified a valid drives license for JOSEPH BYRON WALDEN, P. O. Box 177, Dozier, Alabama, 36028, Date of Birth, 11/06/1961, Social Security Account Number: 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, 6'3", 220 pounds, Blue eyes and brown hair, Alabama Drives License number 4525153.

(40).   On February 24, 2006, SA Margaret L. Faulkner and TFA J.R. Mann traveled to 203 Waldon Street, Dozier, Alabama 36028 and conducted a surveillance at that location. Upon arrival two vehicles were observed parked in the driveway with the following Alabama tags, 24A341N and 24A292L, both Alabama tags are registered to JOSEPH BYRON WALDEN, P.O.Box 177, Dozier, Alabama, 36028. The vehicle with the Alabama tag 24A341N is a 2001 Jeep Wrangler, green in color. The second vehicle with the Alabama tag 24A292L, is a 1995 Jeep Wrangler, green in color.

(41).   On March 1, 2006, Covington Electric Cooperative confirmed that JOSEPH BYRON WALDEN is a current paying customer receiving electric power at 203 Waldon Street, Dozier, Alabama, 36028

(42).   On May 18, 2006, an Application and Order was obtained from the United States District Court for the Middle District of Alabama authorizing the installation and use of a trap and trace device and pen register to obtain all non-content dialing, routing, addressing, and signaling information originating from or destined to JOSEPH BYRON WALDEN. This included the Internet Protocol addresses, port number assignments, electronic mail header information, and the date, time and length of all above for the residential Internet Service user account for JOSEPH BYRON WALDEN, account number 301136442, at Century Tel, an Internet service provider located at 100 Century Tel Drive, Monroe, Louisiana, 71203.  The above Application and Order was signed by United States Magistrate Judge, SUSAN RUSH WALKER.

(43).    As a result of this order, on June 25, 2006, the following trap and trace log was captured and recorded from the residential internet service user JOSEPH BYRON WALDEN, account number: 301136442, at Century Tel. The IP address 066.230.191.111, was accessed 185 times, for a total of five minutes and twenty seven seconds from the account in the name of JOSEPH BYRON WALDEN from his home computer located at 203 Waldon Street, Dozier, Alabama 36028.

(44).    On July 7, 2006, the IP address 066.230.191.111 was entered into the Goggle search menu and discovered that this IP address contained thousands of images believed to be child pornography. The title of this website is "Obscene Thumbs" and is a website dedicated to preteen softcore and hardcore pornography. The website also included images and videos of boys and girls believed to be between the ages of 6 to 17 years of age , masturbating, posing in sexually explicit fashion, and having sexual intercourse and performing anal and oral sex with adults. Some of the sites that advertised within the website are, Vestal Girls, XXX-teens-XXX, XXX-777-XXX, TEENsss.com, Gals.girlstested.com, YoungerBodies.com, Uni-Porn, 1st Timers, and Special teen porn. During this time approximately five hundred and sixty two images of boys and girls between the ages of 6 to 17 years old having sexual intercourse and performing anal and oral sex with adult men were viewed.

(45).    On July 7, 2006, the following trap and trace log was captured and recorded from the residential internet service user JOSEPH BYRON WALDEN, account number: 301136442, at Century Tel. The IP address 209.009.169.162, was accessed three times for a total of Two minutes and fifteen seconds from the account in the name of JOSEPH BYRON WALDEN from his home computer located at 203 Waldon Street, Dozier, Alabama, 36028.

(46).    On July 20, 2006, the IP address 209.009.169.162 was entered into the Google search menu and discovered that this IP address contained thousands of images believed to be child pornography. The title of this website is "Video West Studio" and is a website dedicated to child pornography. This website also included images and videos of boys and girls believed to be between the ages of 3 to 17 years of age, masturbating, posing in sexually explicit fashion, and having sexual intercourse and performing anal and oral sex with adult men and women. Some of the sites that advertised within this website are, girlswantporn.biz, teenssex.info, Russian girls, minigirls.biz, ohi-ahi, teenhotpix.com, teensexgroup, Russian hardcore girls, porn-russ-girl., beregs.info, Album of Teen and lustgal.com. During this time around three hundred and seventy eight images of boys and girls believed to be between the ages 10 to 17 years old were viewed having sexual intercourse and performing anal and oral sex with adult men. Thousands of images of boys and girls believed to be between the ages of 3 to 14 years old were viewed having sexual intercourse and performing anal and oral sex with adult men and women.

Pursuant to my training and experience, I know the following:

(47). The majority of individuals who collect child pornography and subscribe to child pornography Websites are persons who have a sexual attraction to children. They receive sexual gratification and satisfaction from sexual fantasies fueled by depiction of children that are sexual in nature.

(48). Individuals whose sexual objects are minors commonly collect and save child pornography as representations of their sexual fantasies. These include explicit reproductions of a child's image, voice, or handwriting, and they include computer image files, photographs, negatives, magazines, motion pictures, video tapes, books, slides, audiotapes, handwritten notes, drawings or other visual media.

(49). Individuals who collect child pornography usually keep and cherish it and they rarely throw it away. They typically keep it for many years, and will not be without it for long periods of time. These materials are usually maintained in a secure place, most often a residence, to avoid detection by law enforcement.

(50). Child Pornography is a permanent record of the sexual abuse of child victim. Each time child pornography is reproduced, downloaded, or forwarded by an Internet user, the victimization of the minor appearing in the pornography is perpetuated. Such items are important evidence and indications of an individual whose sexual objects are children and of that individual's motive, intent, and predisposition to violate Section 13A-12-192 of the Code of Alabama and Title 18 USC, Sec. 2251(a)(b)(c)(A).

(51). Individuals who collect child pornography often correspond or meet others to share information and material, rarely destroy correspondence from other child pornographers, conceal such correspondence as they do their sexually explicit material and often maintain list of names, addresses, telephone numbers and screen names of individuals with whom they have been in contact and who share the same interests in child pornography.

(51). The majority of individuals who collect child pornography maintain books, magazines, newspapers and other writing, in hard copy or digital medium, on the subject of sexual activities with children, as a way of understanding their own feelings toward children, justifying those feeling and finding comfort in the fact that they are not alone in their illicit desires and behavior focused on children. Such individuals rarely destroy these materials because they play an integral role in their fantasy lives and provide them with psychological support.

## CONCLUSION

(52). Based on the facts and circumstances summarized above in this affidavit, I believe there is probable cause to believe that evidence, fruits and instrumentalities of violations of Title 18, United States Code 2252 and 2252A, involving the possession and distribution of child pornography, are located at 203 Waldon Street, Dozier, Alabama, 36028, which is located in the Middle District of Alabama.

_____
Margaret L. Faulkner, Affiant
Special Agent, FBI

Sworn and subscribed,
Before me this 2nd
day of November, 2006

_____
Delores R. Boyd
United States Magistrate Judge

# ATTACHMENT "A"
# PROPERTY TO BE SEIZED

1. Tapes, cassettes, cartridges, streaming tape, commercial software and hardware, computer disks, disk drives, monitors, computer printers, modems, tape drives, disk application programs, data disks, system disk operating systems, magnetic media floppy disks, CD-ROMs, CD-RWs, CD-Rs, DVDs, hardware and software operating manuals, tape systems and hard drive and other computer related operation equipment, digital cameras, scanners in addition to computer photographs, Graphic Interchange formats and/or photographs, undeveloped photographic film, slides, or other visual depictions of such Graphic Interchange format equipment that may be or are used to depict child pornography, child erotica, information pertaining to the sexual interest in child pornography, sexual activity with children or the distribution, possession or receipt of child pornography, child erotica or information pertaining to an interest in child pornography and the data within the aforesaid objects relating to said materials.

2. Correspondence pertaining to the possession, receipt or distribution of visual depictions of minors engaged in sexually explicit conduct.

3. Visual depictions of minors engaged in sexually explicit conduct in whatever form, including, but not limited to books, magazines, photographs, negatives, films or videocassettes containing such images.

4. Envelopes, letters and other correspondence including, but not limited to, electronic mail, chat logs, and electronic messages that:

   a. Offer to transmit through interstate or foreign commerce, including by United States mail or by computer, visual depictions of minors engaged in sexually explicit conduct;
   b. Solicit minors to engage in sexually explicit conduct for the purposes of producing child pornography;
   c. Identify persons transmitting any visual depiction of minors engaged in sexually explicit conduct.

5. Books, ledgers and records bearing on the production, reproduction, receipt, shipment, orders requests, trades, purchases or transactions of any kind involving the transmission of any visual depiction of minors engaged in sexually explicit conduct.

6. Address books, mailing lists, supplier lists, mailing address labels and any and all documents and records pertaining to the preparation, purchase and acquisition of names or lists of names to be used in connection with the

      purchase, sale, trade or transmission of any visual depiction of minors engaged in sexually explicit conduct.

7. Address books, names, lists of names and addresses of minors visually depicted while engaged in sexually explicit conduct.

8. Diaries, notebooks, notes and other records reflecting personal contact and other activities with minors visually depicted while engaged in sexually explicit conduct.

9. Materials and photographs depicting sexual conduct between adults and minors.

10. Records evidencing occupancy or ownership of the premises known and described as including, but not limited to, utility and telephone bills, mail envelopes or addressed correspondence.

11. Records or other items which evidence ownership or use of computer equipment found in the above residence, including, but not limited to, sales receipts, bills for Internet access, handwritten notes and handwritten notes in computer manuals.

12. Any and all records, documents, invoices and materials that concern any Internet accounts.

13. Any of the items described in paragraphs 1-12 above that are stored in the form of magnetic or electronic coding on computer media, or media capable of being read by a computer, with the aid of computer related equipment, including floppy diskettes, CD-ROMs, CD-Rs, CD-RWs, DVDs, fixed hard drives or removable hard disk cartridges, software or memory in any form. The search procedure for electronic data contained in computer operating software or memory devices, where performed onsite or in a laboratory, or other controlled environment, may include the following techniques:

    a. The seizure of any computer or computer related equipment or data, including floppy diskettes, CD-ROMs, CD-Rs, CD-RWs, DVDs, fixed hard drives or removable hard disk cartridges, software or memory in any form containing material described above, and the removal thereof from the PREMISES for analysis by authorized personnel;
    b. Surveying various file "directories" and the individual files they contain (analogous to looking that the outside of a file cabinet for the markings it contains and opening a drawer believed to contain pertinent files);
    c. "Opening" or cursorily reading the first few pages of such files in order to determine their precise contents;
    d. "Scanning" storage areas to discover and possibly recover recently deleted data;

e. Scanning storage areas for deliberately hidden files; or
f. Performing keyword searches through all electronic storage areas to determine whether occurrences of language contained in such storage areas exist that are intimately related to the subject matter of the investigation. Keywords include words relating to pornography, sex, genitalia, intercourse and topics relating to teen and pre-teen activities.